UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| HEIDI M., | Civil No. 3:20-CV-05137-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits and supplemental security income under Title II be REMANDED to the Commissioner of Social Security for a new decision by an administrative law judge (ALJ).

On remand, the ALJ will re-evaluate the claimant's alleged symptoms and the opinion evidence; reassess the claimant's residual functional capacity; and, if warranted by the expanded record, obtain supplemental vocational expert evidence.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 14th day of September, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Jacob Phillips
JACOB PHILLIPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2274
Fax:  (206) 615-2531
jacob.phillips@ssa.gov